Atchison, Topeka & Santa Fe Railway Company v. A. E. Ayers.

No. 3079.  Decided November 20, 1918.

Case Followed.

The rulings in Atchison, T. & S. F. Ry. Co. v. Stevens, ante, p. 262, followed and held to control decision herein.

Error to the Court of Civil Appeals for the Eighth District, in an appeal from El Paso County.

Ayers sued the railway company and obtained judgment, which was affirmed on defendant's appeal.  Appellant then obtained writ of error.

*Terry, Cavin & Mills, Turney & Burgess,* and *A. H. Culwell* (*Turney, Culwell, Holliday & Pollard,* in Supreme Court), for plaintiff in error.

See briefs in preceding case.

*George E. Wallace, P. E. Gardner,* and *W. S. Berkshire,* for defendant in error.

See briefs in preceding case.

Mr. Chief Justice PHILLIPS delivered the opinion of the court.

Upon the questions discussed in the opinion this day delivered in the case of Atchison, Topeka & Santa Fe Railway Co. v. Stevens, the facts in the present case are practically identical.  The case in those particulars is accordingly ruled by that decision.

The judgments of the honorable Court of Civil Appeals and the District Court are reversed and the cause is remanded to the District Court with instructions to transfer it to the District Court of one of the counties named in the defendant's plea of privilege, as the plaintiff may elect.

Mr. Justice HAWKINS, concurring.

My views concerning the final clause of the foregoing opinion are expressed in my concurring opinion in a companion case, No. 3080, Atchison, T. & S. F. Ry. Co. v. Stevens, this day decided here.

*Reversed and remanded with instructions.*